TAB A

BNA's Health Care Daily, Vol. 11, No. 121 (June 23, 2006)

## Ohio Delays Enforcement of Citizenship Rule;
## Says More Time Needed to Issue Guidelines

CINCINNATI--Ohio will not enforce the July 1 deadline requiring Medicaid recipients to prove citizenship, opting instead for a delayed enforcement date of Oct. 1.

The state needs more time to prepare new guideline materials, train counselors, and advise Medicaid clients who might be at risk of losing their coverage, Ohio Department of Job and Family Services spokesman Jon Allen said June 22.

Given that federal clarification of acceptable documents did not come earlier this month, Ohio found it impossible to be ready in time, said Allen. During the three-month gap Ohio will require Medicaid applicants to attest that they are citizens, just as it does now, he said.

Under new federal guidelines, people applying for Medicaid must produce proof that they are U.S. citizens by showing a passport, birth certificate, or other documentation.

Of Ohio's 1.7 million Medicaid recipients, the state cannot estimate how many are illegal immigrants, said Allen. However, state officials do not consider false citizenship claims for Medicaid purposes to be a widespread problem, he said.

The Centers for Medicare & Medicaid Services would not say whether states that miss the deadline would face penalties. A statement released by the federal agency June 9 said states must assure compliance in order to obtain federal matching funds.

The citizenship proof requirements are part of the Deficit Reduction Act of 2005, which President Bush signed into law early in 2006.