TAB G

**Financial Assistance & Eligibility for Medical Care, Chapter He-W600**

He-W 606.02  Citizenship/Alien Status.

(a)   Citizenship or alien status shall be verified at each assistance group member's initial determination of eligibility.

(b)  Acceptable verification of U.S. citizenship status shall include the following:

(1)  A birth record such as, but not limited to, the following:

a.  Birth certificate; or

b.  Other birth record which indicates that the individual was born in the U.S. or in a U.S. territory;

(2)  U.S. passport;

(3)  Certificate of citizenship or naturalization; or

(4)  For newborns in the NHEP/FAP medical assistance program, up to age one year only, any other documentation of U.S. citizenship, provided such documentation substantiates that the newborn was born in the U.S. or a U.S. territory, such as:

a.  A signed, written and dated statement from an individual such as a friend, relative or physician who has knowledge of the newborn's date and place of birth; or

b.  A bill from a hospital or birthing center for the child's delivery.

(c)   Acceptable verification of immigrant status shall be documentation issued by the U.S. citizenship and immigration services (USCIS) stating that:

(1)  The individual's deportation has been withheld under 8 USC 1253;

(2)  The noncitizen has been admitted as a refugee under 8 USC 1157;

(3)  The noncitizen has been admitted as an asylee under 8 USC 1158; or

(4)  The individual has been granted status as a lawful temporary or permanent resident under 8 USC 1255.

(d)  Refusal or failure to verify citizenship, alien status or sponsor status shall result in the denial or termination of financial and medical assistance for the entire assistance group.

(e)  Verification of the financial status of an alien's sponsor shall be as follows:

(1)  Acceptable verification that the sponsoring organization or agency is no longer able to meet the alien's needs shall be a completed, signed and dated Form 769, Alien Sponsor's Affidavit of Non-Support; or

(2)  Acceptable verification that a sponsoring organization or agency no longer exists shall be the alien's signed and dated written statement to that effect.

Source.  (See Revision Note at Chapter Heading He-W 600) #5171, eff 6-26-91; ss by #6531, INTERIM, eff 6-

27-97, EXPIRES: 10-25-97; ss by #6614, eff 10-24-97; ss by #8452, eff 10-22-05

He-W 606.03 - He-W 606.09 - RESERVED

<u>Source.</u>  (See Revision Note at Chapter Heading He-W 600) #5171, eff 6-26-91