TAB H

|  | FMA 301-1 |
|---|---|
| Department of Public Health and Human Services | Section: NONFINANCIAL REQUIREMENTS |
| FAMILY MEDICAID | Subject: Citizenship |

**Supersedes:** FMA 301-1, 7/01/03

**References:** 42 CFR 435.406 & .408; PL 104-193; ARM 37.82.101, & .401

<u>GENERAL RULE</u>--All members of the <u>assistance</u> unit must be United States (U.S.) citizens, nationals or qualified aliens.

A Medicaid applicant must:

1. Provide documentation (hard copy verification required) of citizenship or U.S. national status, and

2. Sign a declaration under penalty of perjury that the applicant is a U.S. citizen or national. This declaration is included on the HCS-250, "Application for Assistance."

   NOTE: When a new <u>adult</u> member is added to the assistance unit, he/she must also sign a declaration of citizenship/alien status. This declaration is contained on the HCS-261, "Adding a New Household Member" form.

   If the HCS-261 is not received, as long as verification of citizenship/alien status is provided for the new assistance unit member, they can be added to the case (SEPA code 'IN'). If this verification is not received and the individual is a required assistance unit member, they must be coded 'DQ'. If the new person is not a required assistance unit member, their participation code will depend on whether or not they are a required filing unit member. If not required in the filing unit, they are coded 'OU'; if required in the filing unit, but not in the assistance unit, they should be coded appropriately, based on relationship (i.e., 'IP', 'IC', etc.).

**U.S. CITIZEN**  A United States citizen is someone born in:

1. One of the 50 states;
2. The District of Columbia;
3. Puerto Rico;
4. Guam;
5. The Virgin Islands; or

| July 1, 2005 | PUBLIC ASSISTANCE BUREAU | Page 1 of 5 |
|---|---|---|

      6.    The Northern Mariana Islands

Individuals born in the United States are U.S. citizens. This principle applies even to children whose parents are present in the U.S. illegally.

**U.S. NATIONALS**    A U.S. national is someone born in:

1. American Samoa; or
2. Swain's Island.

▶    There is no requirement that U.S. nationals register with the United States Citizenship and Immigration Services (USCIS) or carry any documentation.

**NATURALIZATION**    People who are not U.S. citizens by birth may acquire citizenship by naturalization. Aliens do not become citizens simply by marrying a U.S. citizen. Spouses, however, can apply for naturalization and, if eligible, become citizens through the court.

In some instances, alien children become U.S. citizens when a parent is naturalized. These children might have their own naturalization records or papers. If so, their citizenship can be verified the same as an adult; if not, the situation should be referred through the USCIS status verifier. Children may also become citizens under the Child Citizenship Act of 2000. See 'Child Citizenship Act of 2000', below for more information.

Citizenship acquired by naturalization can be verified in the county where naturalization occurred. Each county Clerk of Court has an index of all individuals naturalized in that county. If the person's record cannot be located or the county of naturalization is not known, verification can be obtained from USCIS, which maintains an index of all naturalized individuals.

**CHILD CITIZENSHIP ACT OF 2000**    A child born outside of the U. S. to citizen parents or adopted from abroad by U.S. citizen parents automatically becomes a citizen of the U.S. when all of the following conditions have been fulfilled on or after February 27, 2001:

1. At least one parent of the child is a U.S. citizen, whether by birth or naturalization.
2. The child is under 18 years of age.

▶   3. The child is lawfully admitted for permanent residence to the U.S. and is residing in the legal and physical custody of the citizen parent. The child will have either a permanent resident (i.e., green) card or an I-551 stamp on their passport. The child may or may not have a certificate of citizenship.

        **NOTE:** Once **all** of the above conditions have been met on or after February 27, 2001, <u>citizenship is granted without further action required on the part of the family or government</u>. When citizenship has been granted, it does not go away even if any of the above conditions no longer continues to be met.

Children adopted from abroad by U.S. citizens receive the same treatment as children born abroad to U.S. citizen parents. A child whose adoption is completed abroad becomes a citizen immediately upon entering the U.S. as a lawful permanent resident. When the child is coming to the U.S. for purposes of adoption, but has not yet been adopted, that child becomes a citizen (having previously entered the U.S. as a lawful permanent resident) the moment the adoption becomes final.

**DERIVATIVE CITIZENSHIP**   Children can derive citizenship from their parent(s). For example, a child born abroad to a U.S. citizen might acquire foreign citizenship depending on the laws of that country. The child, however, might also claim U.S. citizenship. If the individual has not gained citizenship under the Child Citizenship Act of 2000, refer the individual to USCIS to complete the necessary paperwork and provide status verification.

**PERSON BORN ABROAD**   There are many legal considerations in determining the citizenship of a person born abroad. If the individual has not gained citizenship under the Child Citizenship Act of 2000, refer the individual to USCIS to complete the necessary paperwork and provide status verification.

**FOREIGN ADOPTION BY U.S. CITIZEN**   If an adopted child has not gained citizenship under the Child Citizenship Act of 2000, determine if the child has been granted U.S. citizenship by application to USCIS.

If the birth certificate shows a foreign place of birth and the individual cannot be determined to be a naturalized citizen under any of the above criteria, obtain other evidence of U.S. citizenship.

**VERIFICATION**   Each assistance unit member must be either a U.S. citizen, national or qualified alien to receive benefits. (See FMA 301-2 for information on Qualified Alien Status.) Hard copy verification is required to be in the case file. Use any of the following documents to verify U.S. citizenship or National status:

1. Birth certificate

    **NOTE:** For individuals born in Montana, birth certificate information may be obtained via the Virtual Pavilion.

| FMA 301-1 |
|---|

| Section: NONFINANCIAL REQUIREMENTS | Subject: Citizenship |
|---|---|

    2. U.S. Passports;
    3. Report of Birth Abroad of a Citizen of the U.S.;
    4. Certification of Birth (form FS-545);
    5. U.S. Citizen I.D. Card;
    6. Naturalization Certificate (form –550 or –570);
    7. Certificate of Citizenship (form N560 or –561);
    8. Northern Marianas Card (form I-873); or
    9. Statement provided by U.S. consular official certifying the individual is a U.S. citizen.

**INCONCLUSIVE EVIDENCE**

When conclusive evidence for applicants alleging birth in the U.S. is not available, obtain one of the following types of evidence:

1. Preferred:

    a. Certificate of Identity and Registration, Form FS-225, which was issued by Foreign Service Posts until June 1972;

    b. A religious record of birth recorded in the U.S. within three months of birth, which indicates a U.S. place of birth. The document must show either the birth date or the individual's age at the time the record was made;

    c. Evidence of civil service employment by the U.S. government before June 1, 1976;

    d. Census record showing U.S. citizenship or a U.S. place of birth;

    e. Any document which:

        (i) was not issued by the Social Security Administration;

        (ii) was established at least five years before the initial application date;

        (iii) indicates a U.S. place of birth; and

        (iv) the place of birth on the document and the application agree.

2. When conclusive or preferred evidence is **non-existent**, and attempts to secure such evidence have been unsuccessful, obtain statements from at least two people, indicating a reasonable basis for their knowledge about the individual's birth in the U.S.

If the household cannot obtain any of these verifications and can reasonably explain why verification is not available, refer the individual to the proper authorities such as USCIS, county/state vital statistics offices, etc., and allow a reasonable amount of time for the individual to obtain the required documents before denying or terminating benefits.

**TEAMS PROCESSING**

Individuals, whether U.S. citizens, Nationals or aliens, must be coded on the TEAMS Residency and Citizenship (RECI) screen in the CIT field as:

1. 'EA' (Eligible Alien);

2. 'RF' (Refugee);

3. 'IA' (Ineligible Alien); or

4. 'US' (U.S. citizen or national).

KQ

o O o