TAB N

## DECLARATION OF MARGARET MATTHEWS.

The undersigned, Margaret Matthews, having been duly sworn, certifies under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Margaret Matthews.

2. I am a United States Citizen.

3. I am 84 years old, having been born on January 25, 1922.

4. I was born in Alberta, Virginia, United States of America.

5. I was not born in a hospital; I was born in my parents' home.

6. For the last 84 years, I have lived in Virginia and Washington, D.C.

7. I currently reside and have resided for the last 2 years at 5425 Western Avenue NW, Washington, D.C., 20015

8. I currently suffer from the following health conditions: S/P periprosthetic FX open reduction & internal fixation of right femur, hypertensive cardiovascular disease with compensated congestive heart failure, coronary artery disease with sudden chest pains, brittle diabetes with insulin dependency, hypertension, gastroesophegal reflux disease, similar to acid, multiple arthritis, effects from a cerebral vascular accident, dementia and renal insufficiency.

9. To treat the aforementioned health conditions, it is medically necessary for me to not only receive skilled nursing services in a residential, skilled nursing facility, but also to receive acetaminophen, glutose, nitroquick,

prochlorperazine, clonidine HCL, colchicines, coreg, digitek, diltiazem HCL, gabapentin, insulin, isosorbide dinitrate, lipitor, mirtazapine, prednisone, prilosec, voltaren ophthalmic, warfarin, and xalatan.

10. I currently meet each of the eligibility requirements necessary to remain enrolled in Washington D.C.'s Medicaid program (the "Program"). Specifically:

   a. I am a United States citizen.

   b. My income level is at or below the level of the Program's eligibility requirements.

   c. My resource levels are at or below the level of the Program's eligibility requirements.

11. The date of my initial application to enroll in the Program was October 24, 2003, with a retroactive effective date of October 10, 2003.

12. I have been enrolled in the Program since October 10, 2003 and as of the date signed below, continue to be so enrolled.

13. As a current Medicaid beneficiary, the health care providers that provide the skilled nursing and other services necessary to treat my aforementioned health conditions, including, but not limited to, The Lisner-Louise-Dickson-Hurt Home, are reimbursed by the Program.

14. Because of my income and resource levels, I am unable to personally reimburse The Lisner-Louise-Dickson-Hurt Home and the other healthcare

providers that provide skilled nursing services and other healthcare services to me, respectively.

15. I will lose access to skilled nursing services, restorative therapy, and recreational therapy if the providers of those services are not reimbursed, as well as access to all necessary treatments and medications.

16. If I do not receive skilled nursing services and/or treatment for S/P periprosthetic FX open reduction & internal fixation of right femur, hypertensive cardiovascular disease with compensated congestive heart failure, coronary artery disease with sudden chest pains, brittle diabetes with insulin dependency, hypertension, gastroesophegal reflux disease, similar to acid, multiple arthritis, effects from a cerebral vascular accident, dementia and renal insufficiency, my health status would quickly, irreparably and irreversibly decline.

17. With respect to each of the following documents, I possess neither an original of such a document nor a copy of such a document certified by the original issuing agency, whether valid or expired, if applicable. Furthermore, I cannot obtain either an original document nor a copy of such a document certified by the original issuing agency within forty-five (45) days from my date of request, or within any reasonable period of time:

    a. Unites States Passport.

    b. Form N-550 or N-570 (Certificate of Naturalization).

    c. Form N-560 or N-561 (Certificate of United States Citizenship).

d. State-issued driver's license.

e. State-issued identification document other than a State-issued driver's license.

f. Certificate of birth in any one of the fifty (50) States, the District of Columbia, American Samoa, Swain's Island, Puerto Rico, the U.S. Virgin Islands, the Northern Mariana Islands, or Guam.

g. Form FS-545 (Certification of Birth Abroad).

h. Form DS-1350 (Certification of Report of Birth).

i. Form I-197 (United States Citizen Identification Card).

j. Form FS-240 (Consular Report of Birth Abroad of a Citizen of the United States).

k. American Indian Card (I-872).

l. Northern Mariana Card (I-873).

m. A final adoption decree.

n. Evidence of civil service employment by the U.S. government before June 1, 1976.

o. Official Military record of service.

p. Extract of a hospital record, on hospital letterhead, established at the time of my birth, that was created on or before October 24, 1998, and that indicates the place of my birth.

q. Life or health or other insurance record showing the place of my birth and that was created on or before October 24, 1998.

r. Federal or State census record showing either my U.S. citizenship or my place of birth.

s. Seneca Indian tribal census record showing my place of birth and that was created on or before October 24, 1998.

t. Bureau of Indian Affairs tribal census record of the Navaho Indians showing my place of birth and that was created on or before October 24, 1998.

u. U.S. State Vital Statistics official notification of birth registration showing my place of birth and that was created on or before October 24, 1998.

v. An amended U.S. public birth record that was amended after 1927 (5 years of age), showing my place of birth and that was created on or before October 24, 1998.

w. Statement signed by the physician or midwife who was in attendance at the time of my birth, that shows my place of birth and that was created on or before October 24, 1998.

x. Institutional admission papers from a nursing home, skilled nursing care facility or other institution that show my place of birth and that was created on or before October 24, 1998.

y. A record from a clinic, doctor or hospital that is not an immunization record but that shows my place of birth and that was created on or before October 24, 1998.

18. With respect to each of the following documents, I possess neither an original of such a document nor a copy of such a document certified by the original issuing agency, whether valid or expired, if applicable:

   a. Certificate of Degree of Indian Blood, or other U.S. American Indian / Alaska Native tribal document.

   b. School identification card with my photograph.

   c. U.S. military card or draft record.

   d. Identification card issued by a Federal, State, or local government that includes the same information included on State driver's licenses.

   e. Military dependent's identification card.

   f. Native American tribal document

   g. U.S. Coast Guard Merchant Mariner card.

19. I do not know two (2) individuals that have personal knowledge of my January 25, 1922 birth in or around Alberta, Virginia, United States of America.

20. Because I do not possess and/or cannot obtain any of the documents as stated above, and further because I do not know two (2) individuals that have personal knowledge of my January 25, 1922 birth in or around Alberta, VA, United States of America, my eligibility for Medicaid will be terminated.

21. Because I do not possess and/or cannot obtain any of the documents as stated above, and further because I do not know two (2) individuals that have personal knowledge of my January 25, 1922 birth in or around Alberta, VA,

United States of America, my health status will quickly, irreparably and irreversibly decline.

*Margaret Matthews* (signature)

Margaret Matthews
5425 Western Ave NW #104-2
Washington DC 20015