TAB O

## DECLARATION OF GEORGE A. JONES

The undersigned, George A. Jones, having been duly sworn, certifies under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is George A. Jones. I am over eighteen years of age and competent to testify. I have personal knowledge of the matters and facts set forth in this Declaration.

2. I am the Executive Director of Bread for the City.

3. In my position, I am responsible for the oversight of the administrative and operational activities of Bread for the City, including, but not limited to, financial management and program development, including, but not limited to, as related to the medical clinic and the social and legal services that Bread for the City provides, as well as for fundraising and public relations activities.

4. Bread for the City ("Bread"), founded in 1974, is a District of Columbia non-profit corporation organized and operated as a charitable organization.

5. Bread is located in both Northwest D.C. and Southeast D.C., specifically at 1525 and 1537 Seventh Street, NW, Washington D.C., 20001 and 1640 Good Hope Road, SE, Washington D.C., 20020, which are each primary places of business for Bread.

6. Bread's mission statement is "to provide vulnerable residents of Washington, D.C., with comprehensive services, including food, clothing, medical care, and

legal and social services, in an atmosphere of dignity and respect. We recognize that all people share a common humanity, and that all are responsible to themselves and to society as a whole. Therefore, we promote the mutual collaboration of clients, volunteers, donors, staff, and other community partners to alleviate the suffering caused by poverty and to rectify the conditions that perpetuate it."

7. As a community medical clinic, Bread provides professional medical services and other medical services on an outpatient basis – free of charge – to residents of the District of Columbia. For rendering certain services to some of its patients, the District of Columbia compensates Bread through the Medicaid program.

8. Through the efforts of over 700 volunteers, including physicians and other social service providers, and the contributions of thousands of community members, Bread's staff serves over 10,000 people each month.

9. In 2005, Bread provided 2,000 uninsured women, children and men with 6,244 free medical visits.

10. Bread's patients suffer from a variety of physical and mental health conditions, including, but not limited to, common and chronic illnesses such as hypertension and diabetes.

11. To have such health conditions properly treated, it is medically necessary for Bread's patients to receive certain professional and other medical services that Bread provides, including, but not limited to, adult general medicine,

pediatrics, OB/GYN care, examinations, medications, lab tests, and referrals to specialty medical providers that provide health care services that Bread does not, such as mammograms, psychiatric, psychological and other specialty services.

12. Although Bread provides its services free of charge to patients, Bread's patients enrolled in D.C. Medicaid depend on their Medicaid benefits to afford them access to health care services that Bread is unable to provide, such as mammograms, psychiatric, psychological and other specialty services.

13. To provide medically necessary services to its patients, Bread employs one full time physician, Randi Abramson, M.D., who is Bread's Medical Clinic Director, and two other full time health care practitioners. Bread's medical staff also includes over 50 volunteer physicians, nurses, nurse practitioners, residents, students and others.

14. Dr. Abramson, who has been employed by Bread for over fifteen years, and each of Bread's employed and volunteer health care practitioners provide medical services directly to Bread's patients on a daily basis.

15. Dr. Abramson and Bread's other health care practitioners have established close relationships with their patients, including but not limited to physician-patient and practitioner-physician relationships.

16. For the vast majority of Bread's patients, Dr. Abramson and Bread's other health care practitioners are the patients' primary care practitioners and/or only medical service providers.

17. Many of Bread's patients are hindered from pursuing and protecting their own legal interests, whether as a result of physical and/or mental incapacity; lack of information or education; transience; indigence; and/or other social obstacles.

18. In addition to serving as a community medical clinic and as part of the satisfaction of its mission, Bread also provides a wide range of legal and social services to vulnerable D.C. residents, including, but not limited to, counseling, referral and case management services. In so doing, Bread's staff members specifically help D.C. residents apply for public benefits, including but not limited to, D.C. Medicaid.

19. In 2005, Bread assisted D.C. residents complete 912 public benefits applications.

20. In assisting D.C. residents complete public benefits applications, Bread staff members have, in the past, assisted some D.C. residents locate and/or attempt to locate identification documents, including, but not limited to, birth certificates, identification cards, school records, veterans' records, prison records and medical records.

21. Many Bread patients depend on Bread to assist them resolve issues of eligibility and enrollment requirements for D.C. Medicaid and other public benefit programs.

22. Many of Bread's patients that are homeless, unemployed, indigent, mentally impaired and/or otherwise facing social obstacles will encounter great

difficulty in producing or locating any of the documentation contemplated by the guidance issued by the Centers for Medicare and Medicaid Services on June 9, 2006 (the "CMS Guidance"), or will be utterly incapable of doing so.

23. Because many of Bread's patients will be incapable of producing and/or obtaining any of the documentation contemplated by the CMS Guidance, and thus will be incapable of enrolling or remaining enrolled in D.C. Medicaid on or after July 1, 2006, Bread will be unable to fulfill its mission of providing legal and social services to vulnerable D.C. residents, in that Bread will be unable to assist the resolution of its patients' D.C. Medicaid enrollment and reenrollment issues, despite the patients' eligibility to enroll or remain enrolled as United States citizens.

24. One hundred percent (100%) of the patients to which Bread provides medical and other services are indigent.

25. Approximately ten percent (10%) of the patients to which Bread provides medical and other services are enrolled in D.C. Medicaid.

26. Additional patients to which Bread provides medical and other services are eligible to enroll in D.C. Medicaid, but are not yet enrolled in D.C. Medicaid.

27. Of the medical services that Bread is compensated for providing to patients, approximately fifteen percent (15%) of such compensation is paid by D.C. Medicaid.

28. If Bread's patients that are enrolled in D.C. Medicaid were to lose their eligibility to participate in D.C. Medicaid, D.C. Medicaid would, as of the date

that such enrollees lose such eligibility, no longer reimburse Bread (or for that matter any other health care provider) for the professional and other medical services that Bread (and the other providers) provide to such patients.

29. Because of the income and resource levels of the Medicaid patients and Medicaid-eligible patients to which Bread provides medical and other services, such patients are unable to personally reimburse Bread for the services that Bread provides, or reimburse other health care providers for the services that they provide.

30. If D.C. Medicaid would no longer reimburse Bread for the professional and other medical services that it provides to D.C. Medicaid eligible patients, Bread would continue to strive to provide medical and other services, free of charge, to D.C. Medicaid enrollees. However, other health care providers, including, but not limited to, specialty health care providers, would no longer provide such services to such patients.

31. If Bread were to suffer financial loss as a result of its patients losing D.C. Medicaid eligibility, Bread would be required to reduce the amount of medical and other services that it renders to D.C. Medicaid enrollees and/or reduce the amount of medical and other services that it renders to all D.C. residents.

32. If Bread were to suffer financial loss as a result of its patients losing D.C. Medicaid eligibility, the quality of the medical and other services that Bread renders to D.C. Medicaid enrollees and other D.C. residents would be

negatively impacted, including, but not limited to, the negative impact on the provision of holistic and preventative primary care services that a lack of access to specialty services causes.

33. If health care providers other than Bread, including, but not limited to, specialty health care providers, would no longer provide medical services that Bread is unable to provide to its patients, Bread would be unable to successfully refer its patients to other providers for the medically necessary care that they need, and thus would be unable to assure that its patients receive appropriate and medically necessary care.

34. If Bread were to suffer financial loss as a result of its patients losing D.C. Medicaid eligibility, Bread's ability to fulfill its mission would be frustrated.

35. If Bread were required to reduce the amount of medical and other services that it renders to D.C. Medicaid enrollees and other D.C. residents, Bread's ability to fulfill its mission would be frustrated.

36. If the amount or quality of any of the services that Bread renders to D.C. Medicaid enrollees and other D.C. residents is reduced as a result of having to expend greater amounts of time, effort and expense in locating identification documents for Bread's patients, Bread's ability to fulfill its mission would be frustrated.

37. If the quality of the medical and other services that Bread renders to D.C. Medicaid enrollees and other D.C. residents would be negatively impacted, Bread's ability to fulfill its mission would be frustrated.

38. If Bread is unable to assure that its patients receive medically necessary care, Bread's ability to fulfill its mission would be frustrated.

_____6/28/06_____
Date

_____
George A. Jones
Executive Director
Bread for the City