**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **BREAD FOR THE CITY**, *et al.*, | ) | |
| | ) | |
| | ) | |
| **Plaintiffs**, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | Civil Action No. |
| **KATE JESBERG, Interim Director, District of** | ) | |
| **Columbia Department of Human Services** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

## TEMPORARY RESTRAINING ORDER

Upon consideration of the motion of Plaintiffs Bread for the City, *et al.*, and upon consideration of the supporting declarations, memoranda, and the entire record herein, and it appearing that Plaintiffs have established (1) serious questions of law and a likelihood of success on the merits; (2) that it will be irreparably harmed if a preliminary injunction does not issue; (3) that the interests of all affected parties are properly balanced by said relief; and (4) that the public interest is clearly served by the issuance of this Order, it is hereby

ORDERED, pursuant to Fed. R. Civ. Pro. 65, that Plaintiffs' Motion for a Temporary Restraining Order is GRANTED, and, it is further ordered that for a period of 10 days Defendants are hereby enjoined from implementing new citizenship documentation requirements for new Medicaid applicants and for Medicaid beneficiaries in recertification based on the June 9, 2006, Guidance issued by the United States Department of Health & Human Services' Centers for Medicare & Medicaid Services.

It is further ORDERED that defendants shall respond to Plaintiffs' Motion For a Preliminary Injunction, by hand-serving its response in 5 days; that Plaintiffs may file and hand-

serve a reply up until 24 hours before the hearing on the Motion for Preliminary Injunction, and

that said hearing will be set for July _____, 2006 at _____.


_____

United States District Judge

Dated: _____


Copies to:

Arthur N. Lerner , Esq.
Clifton S. Elgarten, Esq.
Barry M. Parsons, Esq.
Michael W. Paddock, Esq.
Portia R. Brown, Esq.
Michael J. Goecke, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595

*Counsel for Plaintiffs*

George Valentine, Esq.
Deputy Attorney General
Civil Litigation Division
District of Columbia Office of Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, D.C.  20004
george.valentine@dc.gov

Richard Love, Esq.
Civil Litigation Division
District of Columbia Office of Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, D.C.  20004
richard.love@dc.gov

*Counsel for Defendants*