IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAD FOR THE CITY, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| | )     Civil Action No. |
| KATE JESBERG, Interim Director, District of Columbia Department of Human Services *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED HEARING

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Bread for the City, *et al.*, hereby apply for a preliminary injunction to maintain the status quo pending resolution of this action on the merits, and requests that the Court issue an Order as follows:

Enjoining Kate Jesberg and the District of Columbia Department of Human Services from implementing new citizenship documentation requirements for Medicaid applicants and Medicaid beneficiaries in recertification, including any documentation requirements based on the Guidance issued by the United States Department of Health and Human Service's Centers for Medicare and Medicaid Services on June 9, 2006.

Plaintiffs represent, by and through their counsel, that they have given notice of this motion to the Defendants and hand-served copies of all papers. In support of this motion, the Court is referred to the attached memorandum of points and authorities, declarations and exhibits. A proposed order is also attached. Plaintiffs request a hearing on this Motion on an expedited basis.

Respectfully submitted,


/s/Barry Parsons
CROWELL & MORING LLP
Arthur N. Lerner (D. C. Bar # 311449)
Clifton S. Elgarten (D.C. Bar # 366898)
Barry M. Parsons (D. C. Bar # 454788)
Michael W. Paddock (D. C. Bar # 496254)
Portia R. Brown (D. C. Bar # 482494)
Michael J. Goecke (D. C. Bar # 485999)
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
Phone:  (202) 624-2500
Fax:  (202) 628-5116

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2006, I caused a copy of the foregoing Plaintiffs' Motion for a Preliminary Injunction and accompanying Proposed Order and Memorandum of Points and Authorities in Support, to be served by hand delivery upon:

George Valentine, Esq.
Deputy Attorney General
Civil Litigation Division
District of Columbia Office of Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, D.C. 20004
george.valentine@dc.gov

Richard Love, Esq.
Civil Litigation Division
District of Columbia Office of Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, D.C. 20004
richard.love@dc.gov

*Counsel for Defendants*

/s/ Barry Parsons_____