IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BREAD FOR THE CITY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| KATE JESBERG, Interim Director, ) | |
| District of Columbia Department of Human ) | |
| Services; *et al.* ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

Plaintiffs Bread for the City, *et al.*, hereby request that they be allowed to take expedited discovery in this matter commencing immediately. Such discovery, consisting of a limited number of appropriate depositions and a very limited group of documents reflecting the District's new Medicaid citizenship documentation requirements, will allow Plaintiffs and the Court to address and resolve the merits of this case on an appropriately developed factual record, on an expeditious basis.

Respectfully submitted,


 /s/ Barry Parsons
CROWELL & MORING LLP
Arthur N. Lerner (D. C. Bar # 311449)
Clifton S. Elgarten (D.C. Bar # 366898)
Barry M. Parsons (D. C. Bar # 454788)
Michael W. Paddock (D. C. Bar # 496254)
Portia R. Brown (D. C. Bar # 482494)
Michael J. Goecke (D. C. Bar # 485999)
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

*Attorneys for Plaintiffs*

Dated:  June 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2006, I caused a copy of the foregoing Plaintiffs' Motion for Expedited Discovery, accompanying Proposed Order, and Memorandum of Points and Authorities in Support, to be served by hand delivery upon:

George Valentine, Esq.
Deputy Attorney General
Civil Litigation Division
District of Columbia Office of Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, D.C. 20004
george.valentine@dc.gov

Richard Love, Esq.
Civil Litigation Division
District of Columbia Office of Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, D.C. 20004
richard.love@dc.gov

*Counsel for Defendants*

                                                  /s/ Barry Parsons

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**BREAD FOR THE CITY,** *et al.*,     )
                                      )
       **Plaintiffs,**     )
                                      )
  v.                              )
                                      )   Civil Action No.
**KATE JESBERG, Interim Director,**   )
District of Columbia Department of Human  )
Services; *et al.*                    )
                                      )
       **Defendants.**     )
_____)

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFFS' MOTION TO ALLOW EXPEDITED DISCOVERY**

As set forth in Plaintiffs' Memorandum of Points and Authorities in Support of a Temporary Restraining Order and Preliminary Injunction, Plaintiffs have already made a substantial showing that the Defendants' proposed new citizenship documentation requirements are unconstitutional. Nonetheless, Plaintiffs are of the view that issues such as those presented here are best resolved expeditiously on a satisfactory evidentiary record. Defendants undoubtedly have information that would assist in developing and documenting the record, including information and analysis about (a) their current processes for documenting citizenship; (b) whether that process has been effective in avoiding the provision of benefits to non-citizens; (c) the nature of the administrative burdens that the new documentation requirements would impose; (d) the numbers of persons likely to be adversely affected by the new citizenship documentation requirements; and (e) the possibility of addressing the need for document citizenship by other means.

Plaintiffs would proceed to discover this (and related) information by taking the depositions of two or three officials and asking the Defendants to respond within 10 days to document requests by providing documents addressing these topics.  We would hope the Defendants would be fully cooperative in these efforts and, therefore, will not now try to specify firmer or different dates.

Because it is appropriate to allow this discovery to proceed, Plaintiffs request that the Court enter the attached order allowing Plaintiffs to begin discovery on an expedited basis.

Respectfully submitted,

　　　/s/ Barry Parsons　　　　　　　　　
CROWELL & MORING LLP
Arthur N. Lerner (D. C. Bar # 311449)
Clifton S. Elgarten (D.C. Bar # 366898)
Barry M. Parsons (D. C. Bar # 454788)
Michael W. Paddock (D. C. Bar # 496254)
Portia R. Brown (D. C. Bar # 482494)
Michael J. Goecke (D. C. Bar # 485999)
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

*Attorneys for Plaintiffs*

Dated:  June 29, 2006

2