IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BREAD FOR THE CITY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> )    Civil Action No. <br> KATE JESBERG, Interim Director, ) <br> District of Columbia Department of Human ) <br> Services; *et al.* ) <br> ) <br> Defendants. ) | |

## **PROPOSED ORDER**

Inasmuch as it is in the interest of the public and the parties to address the issues presented by this case on the basis of as well-developed factual record as possible, and in light of the fact that Defendants' may have in their possession information not available to Plaintiffs, it is hereby

ORDERED that Plaintiffs' Motion for Expedited Discovery is GRANTED and further ORDERED that Plaintiffs may commence discovery, including document requests and depositions, at the earliest convenience and Defendants are directed to respond to those requests as expeditiously as possible.

_____
United States District Judge

Dated:

Copies to:

Arthur N. Lerner , Esq.
Clifton S. Elgarten, Esq.
Barry M. Parsons, Esq.
Michael W. Paddock, Esq.
Portia R. Brown, Esq.
Michael J. Goecke, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595

*Counsel for Plaintiffs*

George Valentine, Esq.
Deputy Attorney General
Civil Litigation Division
District of Columbia Office of Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, D.C.  20004
george.valentine@dc.gov

Richard Love, Esq.
Civil Litigation Division
District of Columbia Office of Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, D.C.  20004
richard.love@dc.gov

*Counsel for Defendants*