UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BREAD FOR THE CITY, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KATE JESBERG, *et al.*, | ) ) ) | Civil Action No. 06-1197 (xxx) |
| Defendants | ) ) ) | |

STIPULATION OF THE PARTIES

The parties, through undersigned counsel, here note the following stipulations:

1. Defendants will not take steps to implement the requirements detailed in Section 6036 of the federal Deficit Reduction Act of 2005 ("DRA"), Pub. L. No. 109-171 (Feb. 8, 2006) any sooner than 10 business days from July 1, 2006 (*i.e.*, no sooner than July 17, 2006).

2. Defendants will give the Court (and Plaintiffs) at least three (3) business days' notice prior to taking steps to implement the requirements of the DRA.

3. Based on Defendants' Stipulations, Plaintiffs hereby withdraw their pending Application for Temporary Restraining Order, subject to renewal upon notice that Defendants intend to implement the requirements of the DRA.

4. Defendants will respond in writing to plaintiffs' Motion for Preliminary Injunction and Motion for Expedited Discovery by no later than July 17, 2006.

DATE: June 30, 2006                                Respectfully submitted,


    /s/ Clifton S. Elgarten
Clifton S. Elgarten, D.C. Bar No. 366898
Arthur N. Lerner, D. C. Bar No. 311449
Barry M. Parsons, D. C. Bar No. 454788
Michael W. Paddock, D. C. Bar No. 496254
Portia R. Brown, D. C. Bar No. 482494
Michael J. Goecke, D. C. Bar No. 485999
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
(202) 624-2500


Counsel for Plaintiffs


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    /s/ Robert Utiger
ROBERT UTIGER, D.C. Bar No. 437130
Senior Assistant Attorney General
Civil Litigation Division
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6532
Facsimile: (202) 727-3625

    /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I Section
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746

Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov