UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **KATE JESBERG,** *et al.*, ) | |
| ) Civil Action No. 1:06-cv-1197 (ESH) | |
| Defendants. ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Ellen A. Efros, Assistant Attorney General, as counsel for Defendants Kate Jesberg, Interim Director, District of Columbia Department of Human Services, Sharon Cooper-DeLoatch, Acting Administrator, Income Maintenance Administration, District of Columbia Department of Human Services, and District of Columbia Department of Human Services

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ROBERT UTIGER, D.C. Bar No. 437130
        Senior Assistant Attorney General
        Civil Litigation Division
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001

RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

_____/s/ Ellen A. Efros_____
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov