IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **BREAD FOR THE CITY,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. **1:**06-cv-1197 |
| **KATE JESBERG,** Interim Director, ) | |
| District of Columbia Department of Human ) | |
| Services; *et al.* ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL SUBMISSION IN SUPPORT
OF MOTION FOR
PRELIMINARY INJUNCTION**

As additional support for the pending motion for a preliminary injunction, Plaintiffs offer the additional Declarations of Mr. Jeff Orchard, regarding his mother, Plaintiff Virginia Orchard, and of Ms. Andrea J. Sloan, R.N., Esq., regarding the Plaintiffs for whom she is the legal guardian, namely Plaintiffs Frederick Reeves, Jessie Robertson, Darryl Lambert, Garland Little, Mildred Clayborne, Aaron Ashley, Olivie Johnson and Wilbert Malloy. These Declarations further describe the circumstances of certain individual plaintiffs to demonstrate (1) the harm that will result if they were to lose access to Medicaid benefits; and (2) the impossibility or impractibility of obtaining the type of citizenship documentation that Defendants have previously indicated that they may demand as a condition to the receipt of Medicaid benefits.

Respectfully submitted,


_____/s/ Barry M. Parsons_____
CROWELL & MORING LLP
Arthur N. Lerner (D. C. Bar # 311449)
Clifton S. Elgarten (D.C. Bar # 366898)
Barry M. Parsons (D. C. Bar # 454788)
Michael W. Paddock (D. C. Bar # 496254)
Portia R. Brown (D. C. Bar # 482494)
Michael J. Goecke (D. C. Bar # 485999)
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

*Attorneys for Plaintiffs*

Dated:  July 3, 2006

#2797814.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this third day of July 2006, I caused a copy of the foregoing Plaintiffs' Supplemental Submission in Support of Motion for Preliminary Injunction, and the accompanying Declarations of Jeff Orchard and Andrea J. Sloan, Esq., to be served upon the following by U.S. Mail, first class postage prepaid and by courtesy email:

**Andrew J. Saindon**, Esq.
Assistant Attorney General
Office of the Attorney General
 for the District of Columbia
Equity Section I, Civil Litigation Division
441 4th Street, NW, 6th Floor South
Washington, DC  20001
Email:  andy.saindon@dc.gov

**Ellen Efros**, Esq.
Assistant Attorney General
Office of the Attorney General
 for the District of Columbia
Equity Section I, Civil Litigation Division
441 4th Street, NW, 6th Floor South
Washington, DC  20001
Email:  Ellen.Efron@dc.gov

*Counsel for Defendants*


　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Barry M. Parsons
　　　　　　　　　　　　　　　　　　　　　　　　Barry M. Parsons