# DECLARATION OF JEFF ORCHARD

The undersigned, Jeff Orchard, having been duly sworn, certifies under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Jeff Orchard. I am over eighteen years of age and competent to testify. I have personal knowledge of the matters and facts set forth in this Affidavit.

2. I am the family representative for my mother, Virginia Orchard.

3. For purposes of this affidavit, "to the best of my knowledge" includes statements made by my mother, Virginia Orchard, and other family members over the course of time.

4. To the best of my knowledge, Virginia Orchard is a United States Citizen.

5. To the best of my knowledge, Virginia Orchard is 92 years old, having been born on February 14, 1914.

6. To the best of my knowledge, Virginia Orchard was born in New York City, New York, United States of America.

7. To the best of my knowledge, Virginia Orchard was not born in a hospital, but was born in her parents' home.

8. To the best of my knowledge, for the last 92 years, Virginia Orchard has lived in New York City, New York and Washington, D.C.

9. Virginia Orchard currently resides and has resided for the last 2 years at 5425 Western Avenue NW, Washington, D.C., 20015.

10. To the best of my knowledge, Virginia Orchard currently suffers from the following health conditions: syncope, dementia, S/P hypertension, depression and psychosis.

11. To the best of my knowledge and to treat the aforementioned health conditions, it is medically necessary for Virginia Orchard to not only receive skilled nursing services in a residential, skilled nursing facility, but also to receive psychiatric treatment and restorative care.  In addition, Virginia Orchard's routine medications include, but are not limited to, acetaminophen, aricept, aspirin, calcium with vitamin D, docusate sodium, lisinopril, multivitamin, namenda, prazosin, risperdal, trileptal, and Zoloft.

12. To the best of my knowledge, Virginia Orchard currently meets each of the eligibility requirements necessary to remain enrolled in Washington, D.C.'s Medicaid program (the "Program").  Specifically:

    a.  She is a United States citizen.

    b.  Her income level is at or below the level of the Program's eligibility requirements.

    c.  Her resource levels are at or below the Program's eligibility requirements.

13. To the best of my knowledge, the date of Virginia Orchard's initial application to enroll in the Program was on or about May 3, 2004, with an effective date of May 3, 2004.

14. To the best of my knowledge, Virginia Orchard has been enrolled in the Program since May, 3 2004 and, as of the date signed below, continues to be so enrolled.

15. To the best of my knowledge, as a current Medicaid beneficiary, the health care providers that provide the skilled nursing and other services necessary to treat Virginia Orchard's aforementioned health conditions, including, but not limited to, The Lisner-Louise-Dickson-Hurt Home, are reimbursed by the Program.

16. To the best of my knowledge and because of Virginia Orchard's income and resource levels, Virginia Orchard is unable to personally reimburse The Lisner-Louise-Dickson-Hurt Home and the other healthcare providers that provide skilled nursing services and other healthcare services to Virginia Orchard, respectively.

17. Virginia Orchard will lose access to skilled nursing services and treatment for syncope, dementia, S/P hypertension, depression and psychosis if the providers of those services are not reimbursed.

18. If Virginia Orchard does not receive skilled nursing services and/or treatment for syncope, dementia, S/P hypertension, depression and psychosis, her health status would quickly, irreparably and irreversibly decline.

19. With respect to each of the following documents and to the best of my knowledge, Virginia Orchard possesses neither an original of such a document nor a copy of such a document certified by the original issuing

agency, whether valid or expired, if applicable. Furthermore and to the best of my knowledge, Virginia Orchard cannot obtain either an original document nor a copy of such a document certified by the original issuing agency within forty-five (45) days from the date of request, or within any reasonable period of time:

a.  Unites States Passport.

b.  Form N-550 or N-570 (Certificate of Naturalization).

c.  Form N-560 or N-561 (Certificate of United States Citizenship).

d.  State-issued driver's license.

e.  State-issued identification document other than a State-issued driver's license.

f.  Certificate of birth in any one of the fifty (50) States, the District of Columbia, American Samoa, Swain's Island, Puerto Rico, the U.S. Virgin Islands, the Northern Mariana Islands, or Guam.

g.  Form FS-545 (Certification of Birth Abroad).

h.  Form DS-1350 (Certification of Report of Birth).

i.  Form I-197 (United States Citizen Identification Card).

j.  Form FS-240 (Consular Report of Birth Abroad of a Citizen of the United States).

k.  American Indian Card (I-872).

l.  Northern Mariana Card (I-873).

m. A final adoption decree.

n.  Evidence of civil service employment by the U.S. government before June 1, 1976.

o.  Official Military record of service.

p.  Extract of a hospital record, on hospital letterhead, established at the time of her birth, that indicates the place of her birth.

q.  Life or health or other insurance record showing the place of her birth and that was created on or before May 3, 1999.

r.  Federal or State census record showing either her U.S. citizenship or her place of birth.

s.  Seneca Indian tribal census record showing her place of birth and that was created on or before May 3, 1999.

t.  Bureau of Indian Affairs tribal census record of the Navaho Indians showing her place of birth and that was created on or before May 3, 1999.

u.  U.S. State Vital Statistics official notification of birth registration showing her place of birth and that was created on or before May 3, 1999.

v.  An amended U.S. public birth record that was amended after she turned 5 years of age, that shows her place of birth and that was created on or before May 3, 1999.

w. Statement signed by the physician or midwife who was in attendance at the time of her birth, that shows her place of birth and that was created on or before May 3, 1999.

x. Institutional admission papers from a nursing home, skilled nursing care facility or other institution that show her place of birth and that was created on or before May 3, 1999.

y. A record from a clinic, doctor or hospital that is not an immunization record but that shows her place of birth and that was created on or before May 3, 1999.

20. With respect to each of the following documents and to the best of my knowledge, Virginia Orchard possesses neither an original of such a document nor a copy of such a document certified by the original issuing agency, whether valid or expired, if applicable. Furthermore and to the best of my knowledge, Virginia Orchard cannot obtain either an original document nor a copy of such a document certified by the original issuing agency within forty-five (45) days from the date of request, or within any reasonable period of time:

a. Certificate of Degree of Indian Blood, or other U.S. American Indian / Alaska Native tribal document.

b. School identification card with her photograph.

c. U.S. military card or draft record.

    d.  Identification card issued by a Federal, State, or local government that

       includes the same information included on State driver's licenses.

    e.  Military dependent's identification card.

    f.  Native American tribal document

    g.  U.S. Coast Guard Merchant Mariner card.

21. To the best of my knowledge, Virginia Orchard does not know two (2)

individuals that have personal knowledge of her February 14, 1914 birth in

New York City, New York, United States of America.

22. It is my understanding that, because Virginia Orchard does not possess

and/or cannot obtain any of the documents as stated above, and further

because she does not know two (2) individuals that have personal knowledge

of her February 14, 1914 birth, and further as a result of the Defendants'

impending actions, Virginia Orchard's Program eligibility will be terminated.

23. As a result of the Defendants' impending actions, Virginia Orchard's health

status will quickly, irreparably and irreversibly decline.

_____ 6/28/06

Jeff Orchard

2721 Turk Blvd

San Francisco, CA 94118