UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BREAD FOR THE CITY,** *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) |
| **KATE JESBERG,** *et al.*, | ) |
| Defendants. | ) Civil Action No. 1:06-cv-1197 (ESH) |

### ERRATA (REMOVE DOCUMENT NO. 7 FROM DOCKET)

The undersigned attorney hereby respectfully requests that Document No. 7 be removed from the docket as it was entered in error.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        ROBERT UTIGER, D.C. Bar No. 437130
                                        Senior Assistant Attorney General
                                        Civil Litigation Division
                                        441 Fourth Street, N.W., 6th Floor South
                                        Washington, D.C. 20001

                                        RICHARD S. LOVE, D.C. Bar No. 340455
                                        Chief, Equity I Section
                                        441 Fourth Street, N.W., 6th Floor South
                                        Washington, D.C. 20001
                                        Telephone: (202) 724-6635
                                        Facsimile: (202) 727-0431

/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov