UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**BREAD FOR THE CITY,** *et al.*

                Plaintiffs,

      v.                                  Civil Action No. 1:06cv1197
                                                      (ESH)

**JESBERG,** *et al.*

                Defendants.
_____

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendants Kate Jesberg, Interim Director, District of Columbia Department of Human Services, Sharon Cooper-DeLoath, Acting Administrator, Income Maintenance Administration, District of Columbia Department of Human Services, and District of Columbia Department of Human Services (collectively "Defendants") hereby move this Honorable Court to enlarge the time for their response to the Complaint in this matter. Defendants seek an enlargement of time of thirty days, until August 21, 2006. Defendants' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7.1(m), undersigned counsel contacted Plaintiffs' counsel to seek consent for the subject motion and Plaintiffs' counsel has so consented.

WHEREFORE, Defendants respectfully requests that this Honorable Court:

  A. Grant Defendants' Motion for Enlargement of Time to Respond to the Complaint to August 21, 2006, and

1

B. Grant Defendants such other and further relief as the nature of their cause may require.

DATE: July 6, 2006

                          Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ROBERT UTIGER, D.C. Bar No. 437130
Senior Assistant Attorney General
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**BREAD FOR THE CITY, et al.**

        Plaintiffs,

   v.                                          Civil Action No. 1:06cv1197
                                                       (ESH)

**JESBERG,** *et al.*

        Defendants.

---

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendants, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), respectfully submit this Memorandum of Points and Authorities in Support of their Consent Motion for Enlargement of Time to Respond to the Complaint. In support of the instant Motion, Defendants state as follows:

1. The Complaint, seeking declaratory and injunctive relief, including a temporary restraining order and preliminary injunction, alleges constitutional violations and seeks to bar Defendants from implementing certain new requirements for documenting United States citizenship as a condition to receiving, or continuing to receive, Medicaid benefits.

2. Absent an extension of time, Defendants' response to the complaint would be due on or about July 19, 2006.

3. The parties have stipulated and agreed that Defendants will not implement the new requirements of which Plaintiffs complain on or before July 17, 2006, and, in

addition, will give Plaintiffs three (3) business days notice if they intend to implement the new requirements.

    4. At a conference on July 5, 2006, the Court stated that it light of the parties' stipulation, it would deny the motion for a temporary restraining order as moot and also deny without prejudice Plaintiffs' motion for expedited discovery.

    5. Both Plaintiffs and Defendants expect that the current requirements for documentation, which are the basis of the pending litigation, will be superseded shortly by a new regulation to be promulgated by the United States Department of Health & Human Services. The result of the new regulation may well change both the focus and tenor of the pending lawsuit against Defendants.

    6. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

    7. For good cause shown, Defendants state that the acts complained of in the pending Complaint may change or be rendered moot by the new regulation and that it would be in the parties' and the Court's interest not to require Defendants to respond to the pending complaint at this time.

    8. This enlargement is not sought for any improper purpose, but is based on the current procedural posture of the case, of which the Court is well aware. An extension of the requested thirty (30) days will have no material impact on the eventual progress of this case. Further, Plaintiffs, by and through their counsel, consent to such an extension.

9. Based on the above, Defendants respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for Defendants to file their response to the Complaint to August 21, 2006.

DATE: July 6, 2006

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          ROBERT UTIGER, D.C. Bar No. 437130
          Senior Assistant Attorney General
          Civil Litigation Division
          441 Fourth Street, N.W., 6th Floor South
          Washington, D.C. 20001

          RICHARD S. LOVE, D.C. Bar No. 340455
          Chief, Equity I Section
          441 Fourth Street, N.W., 6th Floor South
          Washington, D.C. 20001
          Telephone: (202) 724-6635
          Facsimile: (202) 727-0431

            /s/ Ellen A. Efros
          ELLEN A. EFROS, D.C. Bar No. 250746
          Assistant Attorney General
          Equity 1
          441 Fourth Street, N.W., 6th Floor South
          Washington, D.C. 20001
          Telephone: (202) 442-9886
          Facsimile: (202) 727-0431
          ellen.efros@dc.gov