UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**BREAD FOR THE CITY,** *et al.*

        Plaintiffs,

    v.                                          Civil Action No. 1:06cv1197
                                                            (ESH)

**JESBERG,** *et al.*

        Defendants.

_____

**ORDER**

Upon consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To The Complaint, the Memorandum of Points and Authorities in Support thereof, and the entire record herein, and it appearing that the relief should be granted, it is hereby:

**ORDERED**, that the Defendants' Motion For Enlargement Of Time To Respond To The Complaint be, and hereby is, **GRANTED**, and it is

**FURTHER ORDERED**, that Defendants Kate Jesberg, Interim Director, District of Columbia Department of Human Services, Sharon Cooper-DeLoath, Acting Administrator, Income Maintenance Administration, District of Columbia Department of Human Services, and District of Columbia Department of Human Services shall have until on or before August 21, 2006 to file a response to the Complaint.

    **SO ORDERED:**


DATE: _____                                  _____
                                                    Ellen A. Huvelle
                                                    United States District Judge