UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BREAD FOR THE CITY,** *et al.*

            Plaintiffs,

    v.                                        Civil Action No. 1:06cv1197
                                            (ESH)

**JESBERG,** *et al.*

            Defendants.

### DEFENDANTS' NOTICE OF FILING OF INTERIM FINAL REGULATIONS ON CITIZENSHIP DOCUMENTATION FOR MEDICAID BENEFITS

Please take notice that on July 6, 2005, the U.S. Department of Health & Human Services, Centers for Medicare & Medicaid Services ("CMS") placed in the Federal Register interim final regulations to be published on July 12, 2006 for states to implement new requirements for documenting citizenship for Medicaid benefits.

Copies of the "Medicaid Fact Sheet" published by CMS and the Interim Final Rules are attached hereto.

DATE: July 7, 2006

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division

                                            ROBERT UTIGER, D.C. Bar No. 437130
                                            Senior Assistant Attorney General
                                            Civil Litigation Division
                                            441 Fourth Street, N.W., 6th Floor South
                                            Washington, D.C. 20001

RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

　　　/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov