## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **BREAD FOR THE CITY,** *et al.*, | ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| v. | ) |
|  | ) **Civil Action No. 1:06-cv-1197 (ESH)** |
| **KATE JESBERG, Interim Director,** | ) |
| **District of Columbia Department of Human** | ) |
| **Services;** *et al.* | ) |
|  | ) |
| **Defendants.** | ) |

_____)

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiffs, Bread for the City, *et al.*, discontinue the above-titled

action and voluntarily dismiss the complaint without prejudice.


Dated:  August 4, 2006

Respectfully submitted,


_____/s/ Clifton S. Elgarten_____
Clifton S. Elgarten, D.C. Bar No. 366898
Arthur N. Lerner, D. C. Bar No. 311449
Barry M. Parsons, D. C. Bar No. 454788
Michael W. Paddock, D. C. Bar No. 496254
Portia R. Brown, D. C. Bar No. 482494
Michael J. Goecke, D. C. Bar No. 485999
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
(202) 624-2500


Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Cliff Elgarten, certify that on August 4, 2006, I caused the foregoing Notice of Dismissal to be served on the counsel for Defendants listed below by means of the court electronic filing service and by mail, U.S. first class postage prepaid.

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia
Civil Litigation Division
District of Columbia Office of the Attorney General
1350 Pennsylvania Avenue, N.W., Suite 409
Washington, D.C.  20004

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division
District of Columbia Office of the Attorney General
1350 Pennsylvania Avenue, N.W., Suite 409
Washington, D.C.  20004

ROBERT UTIGER, D.C. Bar No. 437130
Senior Assistant Attorney General
Civil Litigation Division
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6532
Facsimile: (202) 727-3625

RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I Section
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431


_____/s/ Clifton S. Elgarten_____
Clifton S. Elgarten